Decided September 28, 2005

WASHINGTON MUTUAL BANK, F.A. *v.* YVONNE LIEBEL ET AL.

The petition by the named defendant for certification for appeal from the Appellate Court (AC 26475) is denied.

*Yvonne Liebel,* pro se, in support of the petition.

*David F. Borrino,* in opposition.

Decided September 28, 2005